IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Monsanto Company and Monsanto Technology, LLC, ) ) ) | |
| Plaintiffs, ) ) | **MOTION FOR SUBSTITUTION OF COUNSEL** |
| v. ) ) | C/A No. 4:05-cv-3062-RBH |
| William Strickland, ) ) | |
| Defendant. ) ) | |

PLEASE TAKE NOTICE that the Defendant, William Strickland, by and through his undersigned attorney, hereby moves pursuant to Rule 11(b) of the Federal Rules of Civil Procedure for an Order relieving Anita R. Floyd as attorney of record for Defendant William Strickland and substituting Robert E. Lee and the law firm of McLain & Lee, LLC as counsel for the Defendant in this matter for good cause shown.

McLain & Lee, LLC

By: _____
Robert E. Lee
SC Bar No. 063052
Post Office Box 1096
Marion, South Carolina 29571
(843) 423-1313
(843) 423-1397 facsimile
rel@mclainlee.com

Marion, South Carolina
November 20, 2008

**ATTORNEYS FOR DEFENDANT,
WILLIAM STRICKLAND**