**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF SOUTH CAROLINA**

**FLORENCE DIVISION**

| | |
|---|---|
| Monsanto Company and Monsanto Technology, LLC, )<br><br>                    Plaintiffs,    )<br><br>v.                                      )<br><br>William Strickland,              )<br><br>Defendant.                       ) | **ORDER FOR SUBSTITUTION OF COUNSEL**<br><br>C/A No. 4:05-cv-03062-RBH |

THIS MATTER comes before me upon Motion of the Defendant, William Strickland, for an Order of this Court pursuant to Rule 11(b) of the *Federal Rules of Civil Procedure* relieving Anita R. Floyd as attorney of record for Defendant William Strickland and substituting Robert E. Lee and the law firm of McLain & Lee, LLC as counsel for this Defendant.

Rule 11(b) provides that counsel of record may be changed by consent or upon cause shown and upon such terms as shall be just, upon application, by order of this Court and not otherwise.  I find that this request is reasonable and with consent and will not result in prejudice to any party and will not result in undue delay.

IT IS THEREFORE ORDERED that Anita R. Floyd is hereby relieved from all responsibilities as counsel for William Strickland in this case and Robert E. Lee and the law firm of McLain & Lee, LLC are hereby substituted as counsel of record for William Strickland in the above-referenced case.

**IT IS SO ORDERED.**

s/ R. Bryan Harwell
R. Bryan Harwell
United States District Judge

Florence, South Carolina
November 20, 2008